UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO.: 8:19-CR-00149-VMC-AAS-4

v.

JUNIOR ALBERTO INTRIAGO LOOR

## SENTENCING MEMORANDUM AND REQUEST FOR VARIANCE

COMES NOW THE DEFENDANT, JUNIOR ALBERTO INTRIAGO LOOR (hereinafter "Mr. Intriago") by and through Undersigned Counsel, and files this sentencing memorandum and requests a reasonable sentence of 120 months' imprisonment and states as follows:

## STATEMENT OF FACTS

On April 4, 2019, a grand jury in the Middle District of Florida returned a two count indictment naming Mr. Intriago and others as co-defendants. Pre-Sentence Report ("PSR") 4¶1 Mr. Intriago was charged with conspiracy to possess and actual possession with intent to distribute cocaine while on board a vessel subject to United States jurisdiction. *Id.* at ¶¶2-4.

Mr. Intriago pled guilty to count one (conspiracy) pursuant to a plea agreement before Magistrate Amanda Sansone on June 4, 2019. *Id.* at ¶5. The plea agreement called for the dismissal of remaining count at sentencing. *Id.* at ¶6.

## **REQUEST FOR VARIANCE AND REASONABLE SENTENCE OF 120 MONTHS**

Mr. Intriago respectfully requests that This Court sentence him to 120 months' imprisonment. This Court is aware of the wide discretion given by *Booker* and its progeny, so there is no need to reiterate it here. Under the factors laid out by 18 USC § 3553(a), an a 120-month sentence is appropriate.

Mr. Intriago is another of a long line of impoverished South American fishermen brought into the drug trade as a quick means to escape abject poverty. He is responsible for a wife and child, and participating in this drug venture was a way to make money above the $100 dollars a month he was making fishing. PSR ¶¶9-10. He has a one year old son who is being cared for solely by his mother since the arrest. *Id.* Mr. Intriago just recently turned 27 years old, and has no history with narcotrafficking. He may have been piloting the boat in this case when the interdiction happened, but all of the codefendants took turns navigating the boat during the venture. Absent this enhancement, he would be looking at 135 months on the low end of the guidelines. Due to Mr. Intriago's age and lack of likelihood of recidivisim, a 120 month sentence is sufficient but not more than needed to meet the 3553(a) sentencing factors.

A reasonable sentence of 120 months would deter criminal conduct, meet the sentencing objectives of 18 USC § 3553(a), and reflect the nature and circumstances of the offense and Mr. Intriago's characteristics and history.

                        Respectfully submitted,

                        *s/Darlene Calzon Barror*
                        DARLENE CALZON BARROR, ESQUIRE
                        506 North Armenia Ave.
                        Tampa, Florida 33609
                        Tel: (813) 877-6970
                        Fax: (813) 879-2610
                        Darlene@BarrorLaw.com

Attorney for Defendant<br>Florida Bar No.   0860379

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by e-mail to THE OFFICE OF THE ASSISTANT UNITED STATES ATTORNEY, this 27rd day of August 2019.

*s/Darlene Calzon Barror*
DARLENE CALZON BARROR, ESQUIRE

\